# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                    Case No.: 1:25–cr–00634
                                    Honorable Heather K. McShain

Cole Sheridan

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 10, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Court's minute order dated 10/10/2025 [13] is amended as follows: Continued preliminary examination held on 10/10/2025 **by telephone**. For the reasons stated on the record, with the exception of "assault" the Court finds that there is probable cause to believe the offense alleged in the criminal complaint [1] was committed and that Defendant Cole Sheridan committed that offense. The Court enters a finding of probable cause and orders Defendant bound to the District Court for further proceedings. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.